1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for BONNIE HAWTHORNE
5

6

7
                       UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10  BONNIE HAWTHORNE,              CASE NO.:   **2:12-CV-02790-KJN**

11                      Plaintiff  Stipulation and Order Extending Time to File
                                   and Serve Motion
12  vs.

13  Commissioner of Social Security,

14                      Defendant

15

16      IT IS HEREBY STIPULATED by and between the parties, through their respective

17  undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

18  time to file a motion for summary judgment in the above-referenced case is hereby extended to the

19  new filing date of June 17, 2013. The extension is needed due to press of business in plaintiff's

20  attorney's office.

21

22

23

24

25

26

27

28

1   This is the 1st request for extension by plaintiff.

2

3   Dated: 5/17/2013                    /s/ Peter Brixie
                                        PETER BRIXIE
                                        Attorney at Law
4                                       Attorney for Plaintiff

5

6   Dated: 5/17/2013            By:    /s/ Jeffrey T. Chen
                                        JEFFREY T. CHEN
7                                       U. S. Attorney
                                        Attorney for Defendant
8

9                               __ooo__

10  APPROVED AND SO ORDERED.

11  Dated:  May 22, 2013

12

13

14                                      _____
                                        KENDALL J. NEWMAN
15                                      UNITED STATES MAGISTRATE JUDGE