PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for BONNIE HAWTHORNE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE HAWTHORNE,<br><br>                                    Plaintiff<br><br>vs.<br><br>Commissioner of Social Security,<br><br>                                    Defendant | CASE NO.:   **2:12-CV-02790-KJN**<br><br>Stipulation and Order Extending Time to File and Serve Motion |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 17, 2013. The extension is needed due to press of business in plaintiff's attorney's office.

1   This is the 1ˢᵗ request for extension by plaintiff.

2

3   Dated: 5/17/2013                          /s/ Peter Brixie
                                              PETER BRIXIE
                                              Attorney at Law
4                                             Attorney for Plaintiff

5

6   Dated: 5/17/2013              By:        /s/ Jeffrey T. Chen
                                              JEFFREY T. CHEN
7                                             U. S. Attorney
                                              Attorney for Defendant
8

9                              __ooo__

10  APPROVED AND SO ORDERED.

11  Dated:  May 22, 2013

12

13

14                                     _____
                                       KENDALL J. NEWMAN
15                                     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28