PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for BONNIE HAWTHORNE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| BONNIE HAWTHORNE, | CASE NO.: **2:12-CV-02790-KJN** |
|---|---|
| Plaintiff | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of July 29, 2013. The extension is needed due to press of business in plaintiff's attorney's office.

1   This is the 2nd request for extension by plaintiff.

2

3   Dated: 6/14/2013                                /s/ Peter Brixie
                                                    PETER BRIXIE
                                                    Attorney at Law
4                                                   Attorney for Plaintiff

5

6   Dated: 6/14/2013                   By:         /s/Jeffrey Chen
                                                    JEFFREY T. CHEN
7                                                   U. S. Attorney
                                                    Attorney for Defendant
8

9                                   __ooo__

10  APPROVED AND SO ORDERED.  Plaintiff is hereby cautioned that, in light of this fairly

11  significant second extension of time to file her motion for summary judgment, the court is not

12  inclined to grant plaintiff further briefing extensions absent extraordinary circumstances, which

13  would not include the ordinary press of business.

14  Dated: June 14, 2013

15

16                                                  _____
                                                    KENDALL J. NEWMAN
17                                                  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28