1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for BONNIE HAWTHORNE
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| BONNIE HAWTHORNE, | CASE NO.: **2:12-CV-02790-KJN** |
|---|---|
| Plaintiff | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of July 29, 2013. The extension is needed due to press of business in plaintiff's attorney's office.

1  This is the 2nd request for extension by plaintiff.

2

3  Dated: 6/14/2013                                    /s/ Peter Brixie
                                                       PETER BRIXIE
                                                       Attorney at Law
4                                                      Attorney for Plaintiff

5

6  Dated: 6/14/2013                      By:          /s/Jeffrey Chen
                                                       JEFFREY T. CHEN
7                                                      U. S. Attorney
                                                       Attorney for Defendant
8

9                                   __ooo__

10 APPROVED AND SO ORDERED. Plaintiff is hereby cautioned that, in light of this fairly

11 significant second extension of time to file her motion for summary judgment, the court is not

12 inclined to grant plaintiff further briefing extensions absent extraordinary circumstances, which

13 would not include the ordinary press of business.

14 Dated:  June 14, 2013

15

16                                                 _____
                                                   KENDALL J. NEWMAN
17                                                 UNITED STATES MAGISTRATE JUDGE