BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BONNIE HAWTHORNE, | ) No. 2:12-CV-02790-KJN |
| | ) |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **FOR A FIRST EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of a preplanned family vacation to the east coast and because of a heavy workload despite due diligence in managing his calendar.

////

////

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, September 27, 2013.

Respectfully submitted,

Date: August 26, 2013           LAW OFFICES OF PETER BRIXIE

By: /s/ Peter Brixie*
PETER BRIXIE
* By email authorization on August 26, 2013
Attorney for Plaintiff

Date: August 27, 2013           BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey Chen
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2